IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Curtis Lee, aka Steven Ackridge,      :
                    Petitioner      :
                                   :
          v.      :
                                   :
Pennsylvania Board of Probation      :
And Parole,      :    No. 1478 C.D. 2019
                    Respondent      :

O R D E R

AND NOW, this 15th day of April, 2021 it is ORDERED that the above-captioned opinion filed February 3, 2021, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

                                  _____
                                  ANNE E. COVEY, Judge